UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | Civil Action No. 26-0948 (DLF) |

**JOINT STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"), and Defendants, the United States Department of State ("State") and the United States Department of Homeland Security ("DHS"), and its component United States Secret Service ("USSS") (collectively "Defendants"), through their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's August 5, 2026 Minute Order.

**THE STATUS OF PLAINTIFF'S FOIA REQUESTS**

Plaintiff initiated this FOIA matter on March 18, 2026. *See* ECF No. 1, which seeks the release of records responsive to two FOIA requests that Plaintiff submitted to the Defendants. The first request was submitted to USSS on September 19, 2025, assigned request number 20251817, and an identical request was submitted to State on September 24, 2025, assigned request number F-2025-31771. *See* Compl. ¶¶ 26, 27, 29, 30. On December 22, 2025, CREW submitted a second request to State, which was assigned request number F-2026-09834. *Id.* ¶ 34.

Defendant USSS completed its initial search for documents in response to request 20251817 in August 2026. The search resulted in over 8,000 documents which continue to be

reviewed for responsiveness to the request and screened for duplicates. USSS anticipates producing an initial release in November 2026.

Defendant State has completed its initial search for potentially responsive records with respect to Plaintiff's FOIA F-2025-31771. Defendant State anticipates making an initial release of responsive, non-exempt information by October 26, 2026. Thereafter, the Department will continue to make additional productions of responsive, non-exempt information every six weeks until all potentially responsive records have been processed. The search for records potentially responsive to Plaintiff's FOIA F-2026-09834 remains ongoing and the parties intend to meet and confer on possible ways to narrow the scope of this request. The Department anticipates communicating the results of that search to Plaintiffs on or before the date of the next joint status report.

The parties respectfully request that they file a joint status report apprising the Court of the status of Plaintiff's FOIA request in 60 days, on or before December 4, 2026.

Dated: October 5, 2026

*s/ Lauren C. Bingham*
Lauren C. Bingham (D.C. Bar No. 90043462)
Kayvan Farchadi (D.C. Bar No. 1672753)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
lbingham@citizensforethics.org
kfarchadi@citizensforethics.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*