UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

Defendants.

Civil Action No. 26-0948 (DLF)

**DEFENDANTS' ERRATA TO JOINT STATUS REPORT**

Defendants, the United States Department of State ("State") and the United States Department of Homeland Security ("DHS"), and its component United States Secret Service ("USSS") (collectively "Defendants"), by and through undersigned counsel, file this Errata to the Joint Status Report, ECF No. 11, to correct an inadvertent error in paragraph 4. When a draft of this JSR was provided to counsel for Plaintiff, the date read "October 19, 2026," not October 26, 2026 for the State Department's first production. Counsel for plaintiff provided consent to file the JSR that date. Due to a version control issue, the date was changed to October 26, 2026 in the filed version, after counsel for plaintiff provided consent. Defendants apologize for this error and are filing this corrected and updated version now with consent from counsel for plaintiffs.

The signature block has also been updated to reflect newly substituted counsel. A courtesy copy of the Amended Joint Status Report has been filed with this Errata.

Dated: October 28, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jon Lemos*

JON LEMOS
Assistant United States Attorney
FL Bar No. 1078710
601 D Street, NW
Washington, DC 20530
(202) 252-1725
jon.lemos@usdoj.gov

*Attorney for the United States of America*